UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
APR 10 2024
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | INDICTMENT |
|---|---|---|
|  | ) | (Two Counts) |
| v. | ) | Case No.: 3:24-cr-18 CCB MGG |
|  | ) | 18 U.S.C. § 922(a)(6) |
|  | ) | 18 U.S.C. § 924(a)(1)(A) |
| NICHOLAS LEE CANNAN | ) |  |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 28, 2023, in the Northern District of Indiana,

**NICHOLAS LEE CANNAN,**

defendant herein, in connection with the acquisition of a firearm from Kempf Gun Shop LLC, a licensed firearms dealer, knowingly made a false and fictitious statement to Kempf Gun Shop LLC that was intended and likely to deceive Kempf Gun Shop LLC as to a fact material to the lawfulness of the acquisition of the firearm, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect that the defendant was the actual transferee/buyer of the firearm when in fact the defendant was not the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about June 28, 2023, in the Northern District of Indiana,

**NICHOLAS LEE CANNAN,**

defendant herein, knowingly made a false statement and representation to Kempf Gun Shop LLC, a licensed firearms dealer, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Kempf Gun Shop LLC, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect that the defendant was the actual transferee/buyer of the firearm when in fact the defendant was not the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).


Dated: April 10, 2024

A TRUE BILL:


 s/ Grand Jury Foreperson 
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


By:  s/ Lydia T. Lucius 
Lydia T. Lucius
Assistant United States Attorney